FILED: November 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4167
(1:13-cr-00012-JKB-15)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

CHARLES MICHAEL THOMSON

        Defendant - Appellant

_____

O R D E R
_____

    The court grants the motion to withdraw attorney Brooke E. Carey from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk