UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 14, 2015

_____

NOTICE OF COPY REQUIREMENTS
(Fourth Circuit Standing Order 14-01)

_____

No. 14-4167,   US v. Charles Thomson
              1:13-cr-00012-JKB-15

TO:   Charles Michael Thomson (Opening Brief, Joint Appendix, Reply Brief)

COPIES DUE: 09/21/2015

The court having tentatively assigned this case for oral argument, you must file, for use by the argument panel, three additional paper copies of your briefs and appendices, including any sealed or supplemental briefs and appendices, and any addenda or attachments. The three paper copies for the argument panel are in addition to the single paper copy required by Standing Order 14-01. No ECF entry is required for paper copies, but they must be received by the court no later than 09/21/2015. If you have not yet filed a paper copy of your brief, the copy required by Standing Order 14-01 and the three additional copies required by this order should be filed at the same time.

/s/ PATRICIA S. CONNOR, CLERK